**FILED**
ASHEVILLE, N.C.

DEC 1 1 2006

**U.S. DISTRICT COURT**
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:06mj30 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JOHN RAYMOND WOODRING | ) | |

Leave of Court is hereby granted for the dismissal of the Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

This 8th day of December, 2006.

DENNIS L. HOWELL
UNITED STATES DISTRICT JUDGE